SEALED



1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:           CASE NO. 2:15-SW-0509 CKD

12 THE CELLULAR TELEPHONE ASSIGNED           EX PARTE MOTION FOR ORDER
   CALL NUMBER 970-689-6113                  DELAYING NOTICE
13
                                              **UNDER SEAL**
14

15

16     On November 2, 2015, the Court authorized agents of DEA to ascertain the physical location of

17 the Sprint cellular telephone currently assigned: 970-689-6113, with 970-689-6113, ("TARGET CELL

18 PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location

19 information) concerning the TARGET CELL PHONE (the "Requested Information"), for a period of 30

20 days.

21     The United States now, pursuant to Rule 41 (f)(3), moves for an order postponing for 90 days,

22 the period within which the government will serve the required inventory. In support of the motion, I,

23 Paul A. Hemesath, the Assistant United States Attorney who is currently supervising the underlying

24 narcotics investigation of Ibis Alberto LUIS-FLORES, and others, represent as follows:

25     At the present time, the investigation into the narcotics trafficking and money laundering

26 activities of LUIS-FLORES and the other targets is ongoing. Given that the investigation is ongoing,

27 there is good cause to postpone notice regarding the Court's November 2, 2015, location tracking order.

28 Law enforcement continues to investigate LUIS-FLORES and other targets and is attempting to identify

partially identified or unidentified co-conspirators in this drug trafficking organization. Specifically, agents are investigating the persons believed to be supplying LUIS-FLORES with controlled substances. As a result, agents believe that notifying the holder(s) of the TARGET TELEPHONE of the existence of the Court's November 2, 2015, tracking order may cause them to flee or take other actions to conceal their whereabouts. Therefore, the value of non-disclosure at this time outweighs any interest in notice to the holder of the TARGET TELEPHONE.

Therefore, in light of the fact that the criminal investigation into LUIS-FLORES, the United States believes that it is reasonable and appropriate for the Court to postpone for 90 days the time within which the United States must serve the inventory required by Rule 41(f)(2)(C). Should the United States seek any further extension of that time, it will make a further application to the Court.

The United States requests that, given the sensitive nature of the information provided herein, that the Court place this motion and the Court's order under seal.

Dated: January 3, 2016

BENJAMIN B. WAGNER
United States Attorney

Paul A. Hemesath
Assistant United States Attorney

MOTION TO DELAY NOTICE                            2