1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7



FILED

FEB 2 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



SEALED

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
11  In the Matter of the Search of:                 CASE NO. 2:15-SW-0509 CKD

12  THE CELLULAR TELEPHONE ASSIGNED                 [PROPOSED] ORDER DELAYING NOTICE
    CALL NUMBER 970-689-6113
13                                                  **UNDER SEAL**

14

15         The United States has represented that there exists an ongoing investigation into the narcotics

16  trafficking and money laundering activities of the parties named in the application and order, signed

17  September 18, 2015, which authorized agents of DEA to ascertain the physical location of the [Carrier]

18  cellular telephone currently assigned: 970-689-6113 ("TARGET CELL PHONE"), including but not

19  limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET

20  CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

21         The government has further represented that service of the notice required by Federal Rules of

22  Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

23  to the targets.

24         Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

25  be required to serve the notice shall be postponed for 90 days from the date of this Order.

26  / / /
27  / / /
28  / / /

ORDER DELAYING NOTICE                    1

1 | Should the United States seek further postponement of the time within which it must serve the
2 | notice, it shall make further application to this Court.
3 | IT IS SO ORDERED.

Dated: 2/22/16

Hon. Allison Claire
U.S. MAGISTRATE JUDGE

ORDER DELAYING NOTICE                    2