1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7





IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:15-SW-509 |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (970) 689-6113 | [PROPOSED] ORDER DELAYING NOTICE **UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking and money laundering activities of the parties named in the application and order, signed September 18 2015, which authorized agents of DEA to ascertain the physical location of the [Carrier] cellular telephone currently assigned: (970) 689-6113 ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed until May 15, 2017.

THE COURT FURTHER ORDERS that the previous delay-of-notice be corrected to identify the phone number set forth in the underlying warrant ((970) 689-6113).

///

1  Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3  IT IS SO ORDERED.

Dated: 3/7/2017

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE