PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

SEP 2 0 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCHES OF VARIOUS CELLULAR TELEPHONES | CASE NOS. 2:15-SW-00509-CKD<br>2:15-SW-00597-CKD<br>2:15-SW-00638-CKD<br>2:16-SW-00627-KJN<br>2:16-SW-00737-DB<br>2:17-SW-00089-KJN<br>2:17-SW-00193-CKD<br>2:17-SW-00282-AC<br>2:17-SW-00367-CKD<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S APPLICATION FOR ORDER UNSEALING SEARCH WARRANT MATTERS<br><br>DATE: n/a<br>TIME: n/a<br>COURT: Hon. Allison Claire |

## ORDER

For good cause shown, the government's "Application for Order Unsealing Search Warrant Matters" is hereby **GRANTED**. Accordingly, the following matters are hereby **UNSEALED**:

  (1) 2:15-SW-00509-CKD

  (2) 2:15-SW-00597-CKD

  (3) 2:15-SW-00638-CKD

  (4) 2:16-SW-00627-KJN

  (5) 2:16-SW-00737-DB

  (6) 2:17-SW-00089-KJN

| | | |
|---|---|---|
| 1 | (7) | 2:17-SW-00193-CKD |
| 2 | (8) | 2:17-SW-00282-AC |
| 3 | (9) | 2:17-SW-00367-CKD |

* * *

**SO ORDERED** on September 20, 2017.

_____
Hon. ALLISON CLAIRE
United States Magistrate Judge
Eastern District of California